**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LUZ TRUJILLO,**
        **Plaintiff,**

-vs-                                               **Case No.  6:06-cv-1155-Orl-18UAM**

**SUPERIOR HOTELS, INC. d/b/a Clarion Hotel**
**& Conference Center,**
**UDAY PARMER,**
        **Defendants.**
_____

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Motion for Entry of Default Judgment (Doc. 27).  The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the parties, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**.  The Clerk of the Court shall enter default judgment against Defendants Superior Hotels, Inc. d/b/a Clarion Hotel Conference Center and Uday Parmer, jointly and severally, for the following: $840 in unpaid overtime wages, $840 in liquidated damages for the unpaid overtime wage claim, $1,525 in attorneys' fees, and $430.50 in costs.  The Clerk is directed to CLOSE the case.

It is **SO ORDERED** in Orlando, Florida, this 20th day of July, 2007.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:  Counsel of Record